■ GARY CYMROT et al., Respondents, v TURKEL COLLABORATIVE, Appellant.—Order, Supreme Court, New York County (Beverly Cohen, J.), entered on December 26, 1989, unanimously affirmed for the reasons stated by Beverly Cohen, J., with costs and disbursements. Concur—Kupferman, J. P., Sullivan, Carro and Milonas, JJ.

■ BROWNSTONE AGENCY, INC., et al., Appellants, v AMERICAN INTERNATIONAL GROUP, INC., et al., Respondents.—Two orders, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about August 4, 1989 and on or about January 25, 1990, respectively, unanimously affirmed, for the reasons stated by Diane Lebedeff, J., in an opinion dated April 7, 1989, with costs and with disbursements. Concur—Kupferman, J. P., Sullivan, Carro and Milonas, JJ.